# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Moses Huizar-Garcia**<br>YOB:2006; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-3213MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about September 30, 2025, at or near Lukeville, in the District of Arizona, **Jose Moses Huizar-Garcia**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on September 24, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>: On or about September 27, 2025, at or near Lukeville, in District of Arizona, **Jose Moses Huizar-Garcia**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Moses Huizar-Garcia** is a citizen of Mexico. On September 24, 2025, **Jose Moses Huizar-Garcia** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On September 30, 2025, agents found **Jose Moses Huizar-Garcia** in the United States at or near Lukeville, Arizona without the proper immigration documents. **Jose Moses Huizar-Garcia** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Jose Moses Huizar-Garcia** admitted to illegally entering the United States of America from Mexico on or about September 27, 2025, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

*DETENTION REQUESTED*

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT (official title) *[signed]*

OFFICIAL TITLE
Eric R. Wood
Border Patrol Agent

Sworn by telephone  x

SIGNATURE OF MAGISTRATE JUDGE[1] *[signed]*

DATE
October 1, 2025

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Houston